Submitted on appellant's brief August 27, affirmed September 21, petition for rehearing denied October 14, petition for review denied November 9, 1971, 

STATE OF OREGON, *Respondent, v.*
DONALD HERBERT O'DELL, *Appellant.*

488 P2d 851

Ken C. Hadley, Deputy Public Defender, Salem, for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

The only assignment of error in this case is the trial court's failure to instruct the jury that an unanimous verdict is necessary to convict in a criminal case.

This assignment has no merit. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).

Affirmed.